UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARMEL SANCHO, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-994** |
| **MCCLENNY, MOSELY, & ASSOCIATES, PLLC** | **SECTION: D (5)** |

## ORDER

The Court has been advised by counsel for defendant, McClenny, Mosely, & Associates, PLLC, in an email that was sent to the Court on July 26, 2023 and upon which all counsel were copied, that all of the claims between the parties have been settled in this case.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, July 26, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**